# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                          : **CHAPTER 13**
JEFFREY THOMAS SAWOR                             :
SUZANNE M. SAWOR                                 : **CASE NO.:** 1:19-bk-01352-HWV

### APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE

Further, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Chad J. Julius

hereby enters his Appearance as Counsel in this matter on behalf of Jeffrey Thomas Sawor and

Suzanne M. Sawor, Debtors.


Date:  September 22, 2022                    /s/Chad J. Julius
                                            Chad J. Julius
                                            I.D. No. 209496
                                            Jacobson, Julius & Harshberger
                                            8150 Derry Street, Ste. A
                                            Harrisburg, PA  17111
                                            717-909-5858
                                            717-909-7788 [fax]

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                  : **CHAPTER 13**
JEFFREY THOMAS SAWOR    :
SUZANNE M. SAWOR       : **CASE NO.:** 1:19-bk-01352-HWV

### CERTIFICATE OF SERVICE

I, Dera Shade, do hereby certify that on this day I served the within *Entry of Appearance*

upon the following persons via the ECF/CM and/or by depositing a true and correct copy of the

same in the United States Mail, first class, postage prepaid:

ECF/CM:
Jack N Zaharopoulos (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

U.S. Trustee
228 Walnut Street,
P.O. Box 969
Harrisburg, PA 17101-0969

FIRST CLASS Mail -

All creditors on the mailing matrix (attached).


DATED: September 22, 2022             /s/Dera L. Shade
                                     Dera Shade, Paralegal

Label Matrix for local noticing
0314-1
Case 1:19-bk-01352-HWV
Middle District of Pennsylvania
Harrisburg
Thu Sep 22 12:08:28 EDT 2022

U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101-1737

Credit Acceptance
25505 West 12 Mile Rd
Suite 3000
Southfield, MI 48034-8331

Flagstar Bank
E115-3
5151 Corporate Drive
Troy, MI 48098-2639

LAKEVIEW LOAN SERVICING, LLC
FLAGSTAR BANK F.S.B.
5151 CORPORATE DRIVE, SUITE 3-142
TROY MI 48098-2639

(p)NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

T Mobile/T-Mobile USA Inc
by American InfoSource as agent
PO Box 248848
Oklahoma City, OK 73124-8848

(p)US DEPARTMENT OF HOUSING & URBAN DEVELOPME
ATTN OFFICE OF REGIONAL COUNSEL
THE WANNAMAKER BUILDING
100 PENN SQUARE EAST--11TH FLOOR
PHILADELPHIA PA 19107-3325

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457

(p)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

James H Turner
Turner and O'Connell
915 N Mountain Road
Suite D
Harrisburg, PA 17112-1793

James H. Turner
UpRight Law LLC
915 N Mountain Road
Suite D
Harrisburg, PA 17112-1793

Jeffrey Thomas Sawor
2023 Furnace Road
Felton, PA 17322-7849

Suzanne M. Sawor
2023 Furnace Road
Felton, PA 17322-7849

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nationstar Mortgage LLC
P.O. Box 619096
Dallas, TX 75261-9741

(d)Nationstar Mortgage LLC
P.O. Box 619096
Dallas, TX 75261-9741
Nationstar Mortgage LLC
P.O. Box 619096
Dallas, TX 75261-9741

U.S. Department of Housing and Urban Develop
451 7th Street S.W.
Washington, DC 20410

Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)LAKEVIEW LOAN SERVICING, LLC

End of Label Matrix
Mailable recipients    14
Bypassed recipients     1
Total                  15