United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 19-01352-HWV
Jeffrey Thomas Sawor  Chapter 13
Suzanne M. Sawor
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 2
Date Rcvd: Oct 25, 2023    Form ID: 3180W    Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey Thomas Sawor, Suzanne M. Sawor, 2023 Furnace Road, Felton, PA 17322-7849 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5180619 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 25 2023 18:38:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 5180620 | | Email/Text: cashiering-administrationservices@flagstar.com | Oct 25 2023 18:38:00 | Flagstar Bank, E115-3, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5210006 | + | Email/Text: SERVICINGMAILHUB@flagstar.com | Oct 25 2023 18:38:00 | LAKEVIEW LOAN SERVICING, LLC, FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, SUITE 3-142, TROY MI 48098-2639 |
| 5545039 | + | EDI: AISMIDFIRST | Oct 25 2023 22:40:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 5545038 | + | EDI: AISMIDFIRST | Oct 25 2023 22:40:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 5494064 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 25 2023 18:38:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 5494063 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 25 2023 18:38:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 5184842 | | EDI: AIS.COM | Oct 25 2023 22:40:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 5184093 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 25 2023 18:48:36 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 5206513 | | EDI: AIS.COM | Oct 25 2023 22:40:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |

| District/off: 0314-1 | User: AutoDocke | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Oct 25, 2023 | Form ID: 3180W | Total Noticed: 11 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian C Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Chad J. Julius | on behalf of Debtor 1 Jeffrey Thomas Sawor cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Chad J. Julius | on behalf of Debtor 2 Suzanne M. Sawor cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Christopher A DeNardo | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC logsecf@logs.com, cistewart@logs.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James H Turner | on behalf of Debtor 1 Jeffrey Thomas Sawor pat@turnerandoconnell.com |
| James H Turner | on behalf of Debtor 2 Suzanne M. Sawor pat@turnerandoconnell.com |
| James H. Turner | on behalf of Debtor 1 Jeffrey Thomas Sawor pat@turnerandoconnell.com  notices@UpRightLaw.com |
| James H. Turner | on behalf of Debtor 2 Suzanne M. Sawor pat@turnerandoconnell.com  notices@UpRightLaw.com |
| Jerome B Blank | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC pamb@fedphe.com |
| Mario John Hanyon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Robert Joseph Davidow | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC r.davidow@mgplaw.com |
| Thomas Song | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 14

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jeffrey Thomas Sawor<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–6412<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Suzanne M. Sawor<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–4302<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19-bk-01352-HWV | |

## Order of Discharge          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jeffrey Thomas Sawor                    Suzanne M. Sawor

**By the court:**

10/25/23

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**