# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : Case No.: 19-01352 |
| **Jeffrey Thomas Sawor** | : Chapter 13 |
| **Suzanne M. Sawor** | : Judge Henry W. Van Eck |
| | : ＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊ |
| **Debtor(s)** | : |
| | : |
| | : Related Document # |
| | : |
| | : |
| | : |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Midfirst Bank, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/ Alyk L. Oflazian
Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L. Oflazian.
Contact email is ALOflazian@manleydeas.com

23-028193_PS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : Case No.: 19-01352 |
| **Jeffrey Thomas Sawor** | : **Chapter 13** |
| **Suzanne M. Sawor** | : **Judge Henry W. Van Eck** |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : **Related Document #** |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Jack N Zaharopoulos, Chapter 13 Trustee, info@pamd13trustee.com

Chad J. Julius, Attorney for Jeffrey Thomas Sawor and Suzanne M. Sawor, cjulius@ljacobsonlaw.com

James H Turner, Attorney for Jeffrey Thomas Sawor and Suzanne M. Sawor, pat@turnerandoconnell.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Jeffrey Thomas Sawor and Suzanne M. Sawor, 2023 Furnace Road, Felton, PA 17322

/s/ Alyk L. Oflazian

23-028193_PS