| | |
|---|---|
| In re: | Case No. 19-01352-HWV |
| Jeffrey Thomas Sawor | Chapter 13 |
| Suzanne M. Sawor | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Dec 12, 2023 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey Thomas Sawor, Suzanne M. Sawor, 2023 Furnace Road, Felton, PA 17322-7849 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor MIDFIRST BANK amps@manleydeas.com |
| Brian C Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Chad J. Julius | on behalf of Debtor 2 Suzanne M. Sawor cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Chad J. Julius | on behalf of Debtor 1 Jeffrey Thomas Sawor cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Christopher A DeNardo | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC logsecf@logs.com, cistewart@logs.com |

| | |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James H Turner | on behalf of Debtor 2 Suzanne M. Sawor pat@turnerandoconnell.com |
| James H Turner | on behalf of Debtor 1 Jeffrey Thomas Sawor pat@turnerandoconnell.com |
| James H. Turner | on behalf of Debtor 1 Jeffrey Thomas Sawor pat@turnerandoconnell.com notices@UpRightLaw.com |
| James H. Turner | on behalf of Debtor 2 Suzanne M. Sawor pat@turnerandoconnell.com notices@UpRightLaw.com |
| Jerome B Blank | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC pamb@fedphe.com |
| Mario John Hanyon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Robert Joseph Davidow | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC r.davidow@mgplaw.com |
| Thomas Song | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 15

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Jeffrey Thomas Sawor,<br>**Debtor 1**<br>Suzanne M. Sawor,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:19−bk−01352−HWV |

Social Security No.:
xxx−xx−6412    xxx−xx−4302

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: December 12, 2023

**fnldec** (01/22)